

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| Sherrie Hampton-Muhamed, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 15-11502-CC |
| | ) | |
| James B Nutter & Company, et al | ) | |
| Ronald R. Wolfe & Assocs., P.L. ,et al | ) | |
| JOHN DOES 1-20, | ) | |
| | ) | |
| Appellees | ) | |

## APPELLANT'S EMERGENCY UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF ON APPEAL (First Request)

COMES NOW the Appellant, Sherrie Hampton-Muhamed, ("Appellant"), who hereby moves the Court to enlarge the time for filing the Appellant's Brief by 40 days, pursuant to Rule 31-2(c) and 27-1(b). In support of this Motion, Appellant would state as follows:

1. The current briefing schedule requires that Appellant file her initial brief on or before May 18, 2015.

2. Appellant has just received an order from the Middle District of Florida, May 11, 2015, stating that this interlocutory appeal is addressing all the merits of Appellant's claim, not just the transfer of venue. The Florida court (Case No: 8:15-cv-608-T-27TGW) was divested of jurisdiction on all claims made by Plaintiff.

3. This motion is being filed immediately upon receipt of the filing of the district court order and within 7 days of the original time the appeal brief is due and, as such, should be treated as an "emergency" motion pursuant to 11th Cir. R. 27-1(b). (Order attached as Annex A)

4. Appellant is not represented by counsel and needs more time for research and preparation to complete the appeal brief.

5. The Appellees were contacted pursuant to FRAP 26(b) and do not oppose the request for extension of time to file Appellant's Brief. An extension of time would also not prejudice the Appellee.

WHEREFORE, Appellant requests that this Court grant a 40-day extension of time for the preparation and filing of the Appellant's Brief on appeal.

Respectfully submitted this 12th day of May, 2015.

All Rights Retained Without Prejudice
Without Recourse
Respectfully submitted,

Sherrie Hampton-Muhamed
4329 Donerail Dr., Snellville, GA 30039
(404) 786-6291
cmrsinc@comcast.net

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that the foregoing was prepared double spaced with Century Schoolbook (13 point) type, with a top margin of one and one-half (1 ½) inches and a left margin of one (1) inch.

This 12 day of May, 2015.

Sherrie Hampton-Muhamed

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May 2015, a true and correct copy of the foregoing Motion For Enlargement of Time To File Brief On Appeal was mailed. Notice of this filing will be sent by email to all parties indicated on the electronic filing receipt.

RUMBERGER, KIRK & CALDWELL, P.A.
Suzanne Barto Hill, Esquire Florida Bar No. 0846694, *Pro Hac Vice*
shill@rumberger.com
Kevin R. Gowen, II, Esquire, Florida Bar No. 0900621, *Pro Hac Vice*
kgowen@rumberger.com
Post Office Box 1873, Orlando, Florida 32802-1873
Telephone: (407) 872-7300 Telecopier: (407) 841-2133

**UNITED STATES DISTRICT COURT OF APPEALS FOR THE ELEVENTH CIRCUIT, 56 Forsyth St. N.W., Atlanta, GA 30303**

And with the Clerk of Court through US Mail, Tracking # ED123225464I1 US, or in person, and not filed electronically as Plaintiff is excused from filing this document or thing electronically by Court order.

Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA 30039
(404) 786-6291
cmrsinc@comcast.net

# ANNEX A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SHERRIE HAMPTON-MUHAMED,**

**Plaintiff,**

**v.** **Case No: 8:15-cv-608-T-27TGW**

**JAMES B. NUTTER & COMPANY, *et al.*,**

**Defendants.**

_______________________________/

**ORDER**

**BEFORE THE COURT** is Plaintiff's Demand to Stay Proceedings Pending Completion of Appeal (Dkt. 58), and Defendants' response (Dkt. 59). Upon consideration, the motion is **DENIED.** On April 6, 2015, Plaintiff filed a Notice of Interlocutory Appeal of the Orders of the District Court for the Northern District of Georgia granting Defendants' motions to dismiss and transferring venue (Dkt. 54). Although an interlocutory appeal does not necessarily completely divest the district court of jurisdiction such that a district court has authority to proceed forward with portions of the case not related to the claims on appeal, Plaintiff's appeal of the Order of dismissal is concerned with the entire merits of Plaintiff's claims. *See Green Leaf Nursery v. E.I. DuPont De Nemours & Co.*, 341 F.3d 1292, 1309 (11th Cir. 2003). As such, the filing of the Notice of Appeal divested this Court of jurisdiction. *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58, 103 S.Ct. 400, 402, 74 L.Ed.2d 225 (1982).

**DONE AND ORDERED** this 5th day of May, 2015.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:

U.S. COURT OF APPEALS
RECEIVED
CLERK
MAY 1 4 2015
ATLANTA, GA.

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

Sherrie Hampton-Muhamed, )
Appellant )
)
v. )
) Case No. 15-11502-CC
James B Nutter & Company, et al )
Ronald R. Wolfe & Assocs., P.L. ,et al )
JOHN DOES 1-20, )
)
Appellees )

## CERTIFICATE OF INTERESTED PERSONS

PLEASE TAKE NOTICE that Appellant Sherrie Hampton-Muhamed submits the following Certificate as to the Interested Persons:

Interested entities or persons required to be listed under Rule 26.1-1, are as follows:

**Name: Role in Case:**

Anthousis, Julie - Attorney for Ronald R. Wolfe & Assocs., Defendant and Appellee

Bank One Trust Company, N.A.

Barto Hill, Suzanne - Attorney for Defendants and Appellees, Member of Rumberger, Kirk & Caldwell Law Firm

Cooper, Clarence- Senior District Judge United States District Court of Northern District of Georgia

Croteau, Amanda – Attorney with Ronald R. Wolfe & Assocs. , Defendant and Appellee

Ellis, Damon M.– Attorney for Ronald R. Wolfe & Assocs. , Defendant and Appellee

Federal Housing Administration

GNMA REMIC TRUST 2003-099

Government National Mortgage Association

Gowen, Kevin Richard – Attorney for Defendants and Appellees, Member of Rumberger, Kirk & Caldwell Law Firm

Hampton-Muhamed, Sherrie -Plaintiff and Appellant

Hannon, Frances- Attorney for Ronald R. Wolfe & Assocs., Defendant and Appellee

Holley, William J. II- Attorney for Wolfe Defendants , Member of Rumberger, Kirk & Caldwell

Hummel, Brian R.- Attorney for Ronald R. Wolfe & Assocs., Defendant and Appellee

Huey, Bruce – Vice President of James B Nutter & Co., Defendant and Appellee

Ivanov, Ivan – Attorney for Ronald R. Wolfe & Assocs., Defendant and Appellee

James B Nutter and Company, Defendant and Appellee

JP Morgan Chase Bank

JP Morgan Securities, Inc., name change to JP Morgan Securities, LLC, subsidiary of JP Morgan Chase & Co.

Jones, Victoria S. - Attorney for Ronald R. Wolfe & Assocs., Defendant and Appellee

Lewis, Rhonda K. – Attorney for Ronald R. Wolfe & Assocs., Defendant and Appellee

Marks, Matthew – Attorney for Ronald R. Wolfe & Assocs., Defendant and Appellee

Moravecky, Sabrina - Attorney for Ronald R. Wolfe & Assocs., Defendant and Appellee

Nutter, James B. Jr.- CEO James B Nutter & Co., Defendant and Appellee

Phillips, John J. - Attorney for Ronald R. Wolfe & Assocs., Defendant and Appellee

Pitzner, Al – Vice President of Compliance for James B Nutter & Co., Defendant and Appellee

Ronald R. Wolfe & Associates, P.L., Defendant and Appellee

Rosenkoff, Matthew R.- Attorney for Nutter Defendants, Member of Taylor, English Duma LLP

Rumberger, Kirk & Caldwell Law Firm for Appellees and Defendants

Schildhammer, Ann Reinhard- Attorney for Nutter Defendants, Member of Taylor, English Duma LLP

Schneider, Robert F.- Attorney for Ronald R. Wolfe & Assocs., Defendant and Appellee

Tilka, Katherine R.- Attorney for Ronald R. Wolfe & Assocs., Defendant and Appellee

Ugaz, Luis F. - Attorney for Ronald R. Wolfe & Assocs., Defendant and Appellee

United States Housing and Urban Development

Walker, Linda T., Magistrate Judge United States District Court of Northern District of Georgia

Ward, Keith, CFO of James B Nutter & Co., Defendant and Appellee

Wolf, Matthew D. - Attorney for Ronald R. Wolfe & Assocs., Defendant and Appellee

Wolfe, Ronald R.- Attorney for Ronald R. Wolfe & Assocs., Defendant and Appellee

Zweigel, Scott Eric – Attorney for Defendants, Member of Rumberger, Kirk & Caldwell Law Firm

Respectfully submitted this 12th day of May, 2015.

All Rights Retained Without Prejudice
Without Recourse
Respectfully submitted,

Sherrie Hampton-Muhamed
4329 Donerail Dr.,
Snellville, GA 30039
(404) 786-6291
cmrsinc@comcast.net

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that the foregoing was prepared double spaced with Century Schoolbook (13 point) type, with a top margin of one and one-half (1 ½) inches and a left margin of one (1) inch.

This 12 day of May, 2015.

Sherrie Hampton-Muhamed

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May, 2015, a true and correct copy of the foregoing Certificate of Interested Persons was mailed to the following.

RUMBERGER, KIRK & CALDWELL, P.A.
Suzanne Barto Hill, Esquire Florida Bar No. 0846694, *Pro Hac Vice*
shill@rumberger.com
Kevin R. Gowen, II, Esquire, Florida Bar No. 0900621, *Pro Hac Vice*
kgowen@rumberger.com
Post Office Box 1873, Orlando, Florida 32802-1873
Telephone: (407) 872-7300 Telecopier: (407) 841-2133

**UNITED STATES DISTRICT COURT OF APPEALS FOR THE ELEVENTH CIRCUIT, 56 Forsyth St. N.W., Atlanta, GA 30303**

And with the Clerk of Court through US Mail, Tracking # ED 123254641 US, or in person, and not filed electronically as Plaintiff is excused from filing this document or thing electronically by Court order.

Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA 30039
(404) 786-6291
cmrsinc@comcast.net