**CASE NO. 15-11502-CC**

UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

Sherrie Hampton-Muhamed, Appellant
vs.
James B. Nutter & Co., et al., Appellees

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
CASE NO. 1:13-cv-03659-CC

APPELLEES' NOTICE REGARDING APPELLANT'S
CERTIFICATE OF INTERESTED PERSONS

SUZANNE BARTO HILL, ESQUIRE
Florida Bar No. 0846694
E-mail: shill@rumberger.com
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133

Attorneys for Appellees

*Hampton-Muhamed v. James B. Nutter & Co., et al.*
CASE NO. 15-11502-CC

Pursuant to Eleventh Circuit Rule 26.1-1, Appellees, Ronald R. Wolfe & Associates, P.L., ("RRW") Amanda Croteau, Ivan Ivanov, Julie Anthousis, Katherine Tilka,, Matthew Marks, Matthew Wolf, Rhonda Lewis, Robert Schneider, Ronald R. Wolfe, Victoria Jones, Andrea D. Pidala, Brian Hummel, Sabrina Moravecky, Frances Hannon, John Phillips, Luis F. Ugaz (all of the foregoing together with RRW, the "RRW Defendants"), James B. Nutter & Co., ("Nutter"), Bruce Huey, Al Pitzner, James B. Nutter, Jr., and Keith Ward (all together with Nutter, the "Nutter Defendants", and collectively with the RRW Defendants "Appellees"), certify that, to the best of their knowledge, the Certificate of Interested Persons served by the Appellant, dated May 12, 2015, is not correct or complete for the following reasons:

1.     Upon information and belief, Appellant's list is not correct in that she includes the following persons who Appellees do not believe are Interested Persons pursuant to 11th Cir. R. 26.1-1:

    A.     Bank One Trust Company, N.A. ("Bank One"): Bank One is not a party to the underlying action or this appeal, and upon information and belief, does not have an interest in this outcome of this matter.

    B.     Ellis, Damon M.: Mr. Ellis is an attorney with Defendant Ronald R. Wolfe and Associates, P.L. ("RRW"), but he is not a party to or

an attorney of record in the underlying action or this appeal. Upon information and belief, Mr. Ellis does not have an interest in the outcome of this matter.

    C.    Federal Housing Administration ("FHA"): The FHA is not a party to the underlying action or this appeal, and upon information and belief, does not have an interest in this outcome of this matter.

    D.    GNMA REMIC Trust 2003-099 ("GNMA Trust"): The GNMA Trust is not a party to the underlying action or this appeal, and upon information and belief, does not have an interest in this outcome of this matter.

    E.    Government National Mortgage Association ("GNMA"): GNMA is not a party to the underlying action or this appeal, and upon information and belief, does not have an interest in this outcome of this matter.

    F.    Holley, William J. II: Mr. Holley is not an attorney with Rumberger, Kirk and Caldwell, P.A. He is an attorney with Parker Hudson Rainer & Dobbs LLP, which firm served as local counsel for the RRW Defendants in the underlying action formerly pending in the Northern District of Georgia. However, he is not a party to or an attorney of record in

the underlying action or this appeal, and upon information and belief, has no interest in the outcome of this matter.

G. JPMorgan Chase Bank ("Chase"): Chase is not a party to the underlying action or this appeal, and upon information and belief, does not have an interest in this outcome of this matter.

H. JPMorgan Securities, Inc., name change to JPMorgan Securities, LLC, subsidiary of JPMorgan Chase & Co. (collectively "JPMorgan"): JPMorgan is not a party to the underlying action or this appeal, and upon information and belief, does not have an interest in this outcome of this matter.

I. Rosenkoff, Matthew R.: Mr. Rosenkoff is an attorney with the law firm of Taylor English Duma LLP, which firm served as counsel for the Nutter Defendants in the underlying action formerly pending in the Northern District of Georgia. However, he is not a party to or an attorney of record in the underlying action or this appeal, and upon information and belief, has no interest in the outcome of this matter.

J. Schildhammer, Ann Reinhard: Ms. Schildhammer previously served as counsel of record for the Nutter Defendants in the underlying action formerly pending in the Northern District of Georgia. However, she

is no longer counsel of record for the Nutter Defendants, and upon information and belief, has no interest in the outcome of this action.

K.    United States Housing and Urban Development ("HUD"): The HUD is not a party to the underlying action or this appeal, and upon information and belief, does not have an interest in this outcome of this matter.

L.    Walker, Linda T.: Magistrate Judge Walker was the magistrate judge assigned to the underlying action while pending in the Northern District of Georgia. She was not the trial judge, and upon information and belief, Magistrate Judge Walker does not have an interest in the outcome of this matter.

M.    Zweigel, Scott Eric: Mr. Zweigel served as local counsel for the RRW Defendants in the underlying action while it was pending in the Northern District of Georgia, but he is not an attorney of record in the underlying action pending in the Middle District of Florida or this appeal. He is not a party to this action or this appeal, and upon information and belief, had no interest in the outcome of the matter.

*Hampton-Muhamed v. James B. Nutter & Co., et al.*
CASE NO. 15-11502-CC

2. Upon information and belief, Appellant's list is not correct in that she did not include the following persons who Appellees believe may be Interested Persons pursuant to 11th Cir. R. 26.1-1:

A. Pidala, Andrea D.: Ms. Pidala is a named defendant to the underlying action and a party to this appeal, and therefore, has an interest in the outcome of this matter.

B. Whittemore, District Judge James D.: the Honorable Judge Whittemore is the trial judge in the action pending in the Middle District of Florida, and therefore an interested person pursuant to 11th Cir. R. 26.1-1.

Respectfully submitted,

*s/ Suzanne Barto Hill*
SUZANNE BARTO HILL, ESQUIRE
Florida Bar No. 0846694
E-mail:  shill@rumberger.com
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133

Attorneys for Appellees

*Hampton-Muhamed v. James B. Nutter & Co., et al.*
CASE NO. 15-11502-CC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Appellees' Certificate of Interested Persons and Corporate Disclosure Statement has been furnished by E-mail and U.S. Mail to Sherrie Hampton-Muhamed, 4329 Donerail Drive, Snellville, GA 30039, cmrsinc@comcast.net, this 26th day of May, 2015.

    *s/ Suzanne Barto Hill*
SUZANNE BARTO HILL, ESQUIRE
Florida Bar No. 0846694
E-mail: shill@rumberger.com
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133

Attorneys for Appellees

7920281.1