

CASE NO. 15-11502-C
AND
CASE NO. 15-11485

UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

Sherrie Hampton-Muhamed, Appellant
vs.
James B. Nutter & Co., et al., Appellees
Ronald R. Wolfe & Assocs., P.L., et al, Appellees

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION
CASE NO. 1:13-cv-03659-CC

APPELLANTS MOTION FOR RECONSIDERATION OF ORDER
DISMISSING DUPLICATE APPEAL IN ORDER TO PREVENT
DEPRIVATION OF DUE PROCESS

Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA 30039
Phone:  (404) 786-6291
Fax:  770-978-0207
cmrsinc@comcast.net

1

## MOTION FOR RECONSIDERATION OF ORDER DISMISSING DUPLICATE APPEAL IN ORDER TO PREVENT DEPRIVATION OF DUE PROCESS

Comes now, Sherrie Hampton-Muhamed, Plaintiff/Appellant, pursuant to 11th Cir. R. 27-2 and 11th Cir. R. 27-1 (c) (6) and (10) and files this timely Motion for Reconsideration for dismissing her appeal without due cause or reasonable explanation.

1. As One of the People of the state of Georgia, Ms. Hampton-Muhamed purchased a contract with the United States District Court for the Northern District of Georgia, Atlanta Division, Case No. 1:13-CV-03659-LTW-CC, for fair, honest judicial services for violations of federal law.

2. Ms. Hampton-Muhamed is elderly, disabled and has medical orders not to travel and all of the legal abuse, harassment and violation of federal law took place where she is domiciled in Georgia.

3. Moving venue without Plaintiff/Appellant's consent, especially under the above conditions, does not prejudice any of the defendants that could substantially affect the case, but does violate 28 USC 1404(a) and severely prejudices Ms. Hampton-Muhamed who has medical orders not to travel.

2

4. On April 6, 2015 Plaintiff/Appellant purchased a contract under the right to appeal the illegal order to transfer the case (Docket #42 Receipt#GAN100872682).

5. This appeal was filed on the illegal order that was issued on March 19, 2015, in violation of 28 USC 1404(a). At no time did Ms. Hampton-Muhamed consent to transfer the case.

6. This appeal was timely filed before Plaintiff/Appellant's time to appeal had tolled and divested all District Courts of jurisdiction.

7. Nonetheless, the Northern District of Georgia unlawfully transferred the files to the Middle District of Florida on March 19, 2015.

8. At the same time Ms. Hampton-Muhamed appealed the order to the 11th Circuit (appeal #15-11502), copies of the Notice of Appeal and copies of Plaintiff/Appellant's Non-Consent to Transfer were filed with the appellate court and the Northern District of Georgia and Middle District of Florida.

9. Based on the information sent to the 11th Circuit from the Northern District of Georgia, Case No.15-11502-C, was assigned to the case along with all instructions and an initial briefing date.

10. The Middle District of Florida upon receipt of the notice of appeal from the Plaintiff/Appellant assigned a new appeal number (Case No. 15-11485), but was never given the instructions or an initial briefing date.

11. The issuance of a second appeal number is what caused months of confusion, amongst the Northern District of Georgia, Middle District of Florida and the 11th Circuit, culminating in both appeals being dismissed

12. At no time did Plaintiff/Appellant grant nor invoke The Middle District of Florida jurisdiction over this action.

13. The Middle District of Florida holds no authority to act for Ms. Hampton-Muhamed, no matter what confusion is prevalent.

14. As a result of the mix up at the District Courts, two appeal numbers appear in this 11th Circuit Court, concerning the SAME order relating to this appeal.

15. Plaintiff/Appellant in an extreme exercise of due diligence has attempted to notify both District Courts and the 11th Circuit of this mix up.

16. The matter is still confused and as a result, both appeals have been dismissed leaving Ms. Hampton-Muhamed with no remedy under law, which she is lawfully afforded to challenge.

17. The clearest statement received by Plaintiff/Appellant is Judge Whittemore's order of May 5, 2015 divesting him of jurisdiction (attached order as Exhibit A) after refusing the stay the action in the Middle District of Florida. (Stay attached as Exhibit B).

18. Review of the docket of both cases will verify the above flow of events and statements. (NDGA docket Exhibit C) (MDFL docket as Exhibit D).

4

19.  On June 10, 2015, the 11th Circuit dismissed Appeal, Case No. 15-11485, for lack of jurisdiction.

20. Thus, the order of dismissal of appeal, Case No. 15-11502, as a duplicate appeal, received on June 25, 2015, is inappropriate as the other appeal was already dismissed!

Wherefore, Plaintiff/Appellant respectfully requests this court to consider the facts before it in the context of the flow of events stated herein.  Since both appeals have been dismissed, Plaintiff/Appellant is being denied her due process to move forward with a legitimate, well-founded appeal and moves the court to reconsider the dismissal of the original appeal, Case No. 15-11502, and reinstate this case, set a new briefing schedule, stay all proceedings in any of the District Courts; or in the alternative assign a new appeal number with a new briefing schedule to prevent Plaintiff/Appellant from being denied her due process.


Dated June 28, 2015                        Respectfully submitted,

                                           All rights reserved, without recourse

                                           Sherrie Hampton-Muhamed
                                           4329 Donerail Dr.
                                           Snellville, GA 30039
                                           Phone:  (404) 786-6291
                                           Fax:  770-978-0207
                                           cmrsinc@comcast.net

## VERIFICATION OF MOTION TO DISMISS

Under penalty of perjury, I declare that I am the Plaintiff/Appellant in the above
entitled matter, I have read the foregoing MOTION FOR RECOSIDERATION and
the facts alleged therein are true and correct to the best of my knowledge and
belief.

Dated this 28th day of June, 2015

*Sherrie Hampton Muhamed*
Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA 30039
404-786-6291
cmrsinc@comcast.net

## CERTIFICATE OF COMPLIANCE WITH RULE 32(A)(5)

I certify that this motion complies with the type-volume limitation set forth in
FRAP 32(a)(5)(6). My word processing program, Microsoft Word, counted 1018
words in the foregoing MOTION.

*Sherrie Hampton Muhamed*
Sherrie Hampton-Muhamed

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2015, I mailed the foregoing to the Clerks of the Court by express mail. I further certify that I mailed the foregoing document and the notice of electronic filing by email to the following attorneys:


U. S. District Court                    Certified No. *EF 092749720 US*
Middle District of Florida Tampa Division
Office of the Clerk
Suite M, Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, Florida 33602


United States Court of Appeals          Certified No. *EF 092749716 US*
For the Eleventh Circuit
Office of the Clerk
56 Forsyth St., N.W.
Atlanta, Georgia 30303


SUZANNE BARTO HILL, ESQUIRE, Florida Bar No. 0846694
E-Mail: shill@rumberger.com
KEVIN R. GOWEN, II, ESQUIRE,  Florida Bar No. 0900621
E-Mail: kgowen@rumberger.com
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133
Attorneys for RRW Defendants and James B. Nutter & Co.

# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRIE HAMPTON-MUHAMED,

      **Plaintiff,**

v.                                              **Case No: 8:15-cv-608-T-27TGW**

JAMES B. NUTTER & COMPANY, *et al.,*

      **Defendants.**

_____/

### ORDER

**BEFORE THE COURT** is Plaintiff's *pro se* "Emergency Motion to Vacate Judges Order of June 11, 2015" (Dkt. 65). Plaintiff's motion is **DENIED**. Plaintiff shall comply with the June 11, 2015 Order (Dkt. 64) directing her to respond to Defendants' motions to dismiss. Failure to respond as ordered will result in the motions being considered unopposed.

The order Plaintiff seeks to have vacated directed her to respond to Defendants' motions to dismiss (Dkt. 64) and advised Plaintiff that failure to respond would result in the motions being treated as unopposed. Plaintiff's concern is her understanding that an appeal is pending before the Eleventh Circuit Court of Appeals in Case No. 15-11502. That appeal, however, was dismissed by the Eleventh Circuit on June 22, 2015. Appeal No. 15-11485 was dismissed on June 10, 2015 (Dkt. 62). No appeals are pending.

**DONE AND ORDERED** this **24**th day of June, 2015.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Plaintiff *pro se*
          counsel of Record

# EXHIBIT B

FILED

2015 APR 29  AM 10: 03

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| | |
|---|---|
| Sherrie Hampton-Muhamed, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 8-15-CV-00608T-27TGW |
| | ) |
| James B Nutter & Company, et al | ) |
| Ronald R. Wolfe & Assocs., P.L.,et al | ) |
| JOHN DOES 1-20, | ) **PRAECIPE TO THE CLERK** |
| | ) |
| Defendants | ) |

COMES NOW, the Plaintiff, Sherrie Hampton-Muhamed and respectfully requests the Clerk to **FILE ON DEMAND:**

File the demand for stay of proceedings with the U. S. District Court, Middle District of Florida, Tampa Division Case No. 8:15-CV-608-T-27TGW based on appeal from U.S. District Court, Northern District of Georgia, Atlanta Case No. 1:13-CV-03659-LTW-CC; Appeal Case No. 15-11485B.

Dated April 18, 2015                    Respectfully submitted,

Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA 30039
Phone: 404-786-6291
Facsimile: 770-978-0207
cmrsinc@comcast.net





# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Sherrie Hampton-Muhamed,

Plaintiff,

v.

Case No: 8-15-cv-00608-T-27TGW

James B Nutter & Company
James B Nutter, Jr., CEO
Keith Ward, CFO
Bruce Huey, VP
Al Pitzner, VP Compliance
Ronald R. Wolfe & Associates, P.L.
Ronald R. Wolfe, Esquire
Andrea D. Pidala, Esquire
Victoria S. Jones, Esquire
Frances Hannon, Esquire
Brian R. Hummel, Esquire
Luis F. Ugaz, Esquire
Julie Anthousis. Esquire
Sabrina Moravecky, Esquire
Katherine E. Tilka, Esquire
Robert Schneider, Esquire
John. J. Phillips, Esquire
Matthew Marks, Esquire
Rhonda K. Lewis, Esquire
Ivan Ivanov, Esquire
Amanda Croteau, Esquire

and

JOHN DOES 1-20,
Defendants

**PLAINTIFF'S DEMAND TO
STAY PROCEEDINGS
PENDING COMPLETION OF
APPEAL**

1

Comes now, Plaintiff, Sherrie Hampton-Muhamed and respectfully requests to stay all proceedings in U.S. District Court, Middle District Court of Florida, Tampa Division until Plaintiff's appeal Case No. 15-11485-B is decided.

1. Plaintiff is a woman domiciled in the state of Georgia, who purchased a contract with the US District Court, Northern District of Georgia, Atlanta Division (Case No. 1:13 cv 03659-CC) and continues to be injured in the state of Georgia.

2. Plaintiff is appealing the order dated March 19, 2015 (Doc.#42) from the U.S. District Court, Northern District of Georgia, Atlanta Division case no. 1:13-cv-03659-CC for unlawful transfer of venue.

3. Plaintiff also purchased a contract with the 11th Circuit Court of Appeals Case No. 15-11485B to maintain venue in Georgia.

4. This demand for stay is based on violation of law 28 USC 1404(a), where ALL parties must consent for a transfer from a district into another district or within the district.

5. Plaintiff did not consent to the transfer of her contract from Georgia to Florida; therefore it is a violation of statute to transfer the case. No court may take jurisdiction over a case transferred under a violation of statute.

6. The appeal being filed divested both the Georgia and Florida courts of jurisdiction.

7. In the event the U.S. District Court, Middle District of Florida, Tampa court continues with Case No. 8:15-CV 608-T-27TGW it is underwriting the illegal acts shown on record as a violation of 28 U.S.C. 1404(a) and the Florida court becomes liable.

8. Plaintiff contacted Kevin Gowen, Esq. (counsel for defendants) on April 17, 2015 to advise of this filing and will contact his client and return the call on April 20, 2015.

Therefore, Plaintiff respectfully requests this court hold all actions pending the appeal and its completion, because the US District Court, Middle District of Florida, Tampa would be setting up their own error of law immediately.

Dated: April 18, 2015                    Respectfully submitted,

All Rights Retained Without Prejudice
Without Recourse
Respectfully submitted,

Sherrie Hampton-Muhamed
4329 Donerail Dr.,
Snellville, GA 30039
(404) 786-6291
cmrsinc@comcast.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2015, I mailed the foregoing to the Clerks of the Court by using certified mail. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail and email to the following:

3

U. S. District Court
Middle District of Florida
Tampa Division
Office of the Clerk
Suite M, Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, Florida 33602

Certified No. *7102- 2920 -0001- 0445-4993*

United States Court of Appeals
For the Eleventh Circuit
Office of the Clerk
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Certified No. *7102- 2920 -0001- 0445- 4948*

s/ Suzanne Barto Hill
SUZANNE BARTO HILL, ESQUIRE
Florida Bar No. 0846694
E-Mail: shill@rumberger.com
KEVIN R. GOWEN, II, ESQUIRE
Florida Bar No. 0900621
E-Mail: kgowen@rumberger.com
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133
Attorneys for RRW Defendants and James B. Nutter & Co.

4

CERTIFIED MAIL

7012 2920 0001 0445 4993

Ms. Sharia Mohamed
4239 Roswell Dr
Snellville, GA 30039-8902

U.S. District Court
Middle District of Florida
Tampa Division
Office of the Clerk
Suite M, Gibbons U.S. Courthouse
801 North Florida Ave
Tampa, Florida 33602




U.S. POSTAGE
$6.49

FOLD HERE

# EXHIBIT C

| Case Search | Calendar | Opinions | Orders/Judgments | Briefs | XML | TXT | Logout | Help |

---

## General Docket
## United States Court of Appeals for the Eleventh Circuit

**Court of Appeals Docket #:** 15-11502          **Docketed:** 04/08/2015
**Nature of Suit:** 3480 Consumer Credit        **Termed:** 06/22/2015
Sherrie Hampton-Muhamed v. James B. Nutter & Co., et al
**Appeal From:** Northern District of Georgia     **Case Handler:** Caruso, Joe, CC
**Fee Status:** Fee Paid                               (404) 335-6177

**Case Type Information:**
   1) Private Civil
   2) Federal Question
   3) -

**Originating Court Information:**
   **District:** 113E-1 : 1:13-cv-03659-CC
   **Civil Proceeding:** Clarence Cooper, U.S. District Judge
   **Secondary Judge:** Linda Thompson Walker, U.S. Magistrate Judge
   **Date Filed:** 11/05/2013
   **Date NOA Filed:**
   04/06/2015

**Prior Cases:**
   None

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Associated | 15-11485 | 15-11502 | 06/03/2015 | |

| | | | |
|---|---|---|---|
| SHERRIE HAMPTON-MUHAMED | | | Sherrie Hampton-Muhamed |
| | Plaintiff - | | Direct: 404-786-6291 |
| Appellant | | | [NTC Pro Se] |
| | | | 4329 DONERAIL DR |
| | | | SNELLVILLE, GA 30039 |
| versus | | | |
| JAMES B. NUTTER & CO. | | | Ann Reinhard Schildhammer |
| | Defendant - | | [NTC Retained] |

| | | |
|---|---|---|
| Appellee | | Taylor English Duma, LLP<br>Firm: 678-336-7234<br>1600 PARKWOOD CIR STE 400<br>ATLANTA, GA 30339 |
| BRUCE HUEY, VP<br><br>Appellee | Defendant - | Ann Reinhard Schildhammer<br>[NTC Retained]<br>(see above) |
| AL PITZNER, VP Compliance<br><br>Appellee | Defendant - | Ann Reinhard Schildhammer<br>[NTC Retained]<br>(see above) |
| RONALD R. WOLFE & ASSOCIATES, P.L.<br><br>Appellee | Defendant - | Suzanne Barto Hill<br>[COR LD NTC Retained]<br>Rumberger Kirk & Caldwell, PA<br>Firm: 407-872-7300<br>300 S ORANGE AVE STE 1400<br>WINTER PARK, FL 32801<br><br>Kevin Richard Gowen, II<br>Direct: 407-872-7300<br>[NTC Retained]<br>Rumberger Kirk & Caldwell, PA<br>Firm: 407-872-7300<br>300 S ORANGE AVE STE 1400<br>WINTER PARK, FL 32801<br><br>Scott Zweigel<br>Direct: 404-420-4338<br>[NTC Government]<br>Parker Hudson Rainer & Dobbs, LLP<br>Firm: 404-523-5300<br>285 PEACHTREE CTR AVE NE<br>1500 MARQUIS TOWER II<br>ATLANTA, GA 30303 |
| ANDREA D. PIDALA, Esquire<br><br>Appellee | Defendant - | Suzanne Barto Hill<br>[COR LD NTC Retained]<br>(see above) |

Kevin Richard Gowen, II
Direct: 407-872-7300
[NTC Retained]
(see above)

Scott Zweigel
Direct: 404-420-4338
[NTC Government]
(see above)

SHERRIE HAMPTON-MUHAMED,

Plaintiff - Appellant,

versus

JAMES B. NUTTER & CO.,
BRUCE HUEY,
VP,
AL PITZNER,
VP Compliance,
RONALD R. WOLFE & ASSOCIATES, P.L.,
ANDREA D. PIDALA,
Esquire, et al.,

Defendants - Appellees.

| | | |
|---|---|---|
| 04/08/2015 | 8 pg, 248.4 KB | CIVIL APPEAL DOCKETED. Notice of appeal filed by Appellant Sherrie Hampton-Muhamed on 04/06/2015. Fee Status: Fee Paid. No hearings to be transcribed. The appellants brief is due on or before 05/18/2015. The appendix is due no later than 7 days from the filing of the appellant's brief |
| 04/20/2015 | 2 pg, 55.07 KB | APPEARANCE of Counsel Form filed by Suzanne Barto Hill for Ronald R. Wolfe & Associates, P.L. and Andrea D. Pidala. (ECF: Suzanne Hill) |
| 04/20/2015 | | E-filed Appearance of Counsel processed for Attorney Suzanne Barto Hill for Appellee Ronald R. Wolfe & Associates, P.L. in 15-11502, Attorney Suzanne Barto Hill for Appellee Andrea D. Pidala in 15-11502. |
| 05/14/2015 | 5 pg, 195.7 KB | Certificate of Interested Persons and Corporate Disclosure Statement filed by Appellant Sherrie Hampton-Muhamed. |
| 05/14/2015 | 11 pg, 382.59 KB | *MOTION for extension of time to file appellant's brief filed by Appellant Sherrie Hampton-Muhamed. [7468998-1]* |

| | | |
|---|---|---|
| 05/14/2015 | 5 pg, 29.59 KB | Certificate of Interested Persons and Corporate Disclosure Statement filed by Suzanne Barto Hill for Appellees. On the same day the CIP is served, the party filing it must also complete the court's web-based stock ticker symbol certificate at the link here http://www.ca11.uscourts.gov/web-based-cip or on the court's website. See 11th Cir. R. 26.1-2(b). (ECF: Suzanne Hill) |
| 05/18/2015 | 2 pg, 34.83 KB | ORDER: The motion for extension of time to file the appellant's brief is GRANTED. The brief is due June 29, 2015, with the appellant's appendix due no later than seven days from the filing date of the appellant's brief. [7468998-2] (JP) |
| 05/26/2015 | 7 pg, 36.91 KB | Notice Regarding Appellant's Certificate of Interested Persons filed by Attorney Suzanne Barto Hill for Appellees Ronald R. Wolfe & Associates, P.L. and Andrea D. Pidala. (ECF: Suzanne Hill) |
| 06/22/2015 | 3 pg, 237.54 KB | ORDER: This appeal is DISMISSED, sua sponte, as unnecessarily duplicative of Case No. 15-11485. Any pending motions are denied as moot. No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules. (GBT, SM and CRW) |

⦿ **Documents and Docket Summary**

○ **Documents Only**

☐ **Include Page Numbers**

Selected Pages: [          ]  Selected Size: [          ]

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/29/2015 00:24:43 | | |
| **PACER Login:** | CM9557:4019962:0 | **Client Code:** | |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 15-11502 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

Court Information    Court Home    PACER Service Center    Change Client    Billing History    Contact Us

# EXHIBIT D

| **Case Search** | **Calendar** | **Opinions** | **Orders/Judgments** | **Briefs** | **XML** | **TXT** | **Logout** | **Help** |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

## General Docket
## United States Court of Appeals for the Eleventh Circuit

| | |
| --- | --- |
| **Court of Appeals Docket #:** 15-11485 | **Docketed:** 04/07/2015 |
| **Nature of Suit:** 3480 Consumer Credit | **Termed:** 06/10/2015 |
| Sherrie Hampton-Muhamed v. James B. Nutter & Company, et al | |
| **Appeal From:** Middle District of Florida | **Case Handler:** Gaddis, Melanie, B |
| **Fee Status:** Fee Not Paid | (404) 335-6187 |

**Case Type Information:**
 1) Private Civil
 2) Federal Question
 3) -

**Originating Court Information:**
 **District:** 113A-8 : 8:15-cv-00608-JDW-TGW
 **Civil Proceeding:** James D. Whittemore, U.S. District Judge
 **Secondary Judge:** Thomas G. Wilson, U.S. Magistrate Judge
 **Date Filed:** 03/19/2015
 **Date NOA Filed:**
 04/06/2015

**Prior Cases:**
 None

**Current Cases:**

| | Lead | Member | Start | End |
| --- | --- | --- | --- | --- |
| Associated | 15-11485 | 15-11502 | 06/03/2015 | |

| | | |
| --- | --- | --- |
| SHERRIE HAMPTON-MUHAMED<br><br>Appellant<br><br><br>versus | Plaintiff - | Sherrie Hampton-Muhamed<br>Direct: 404-786-6291<br>[NTC Pro Se]<br>4329 DONERAIL DR<br>SNELLVILLE, GA 30039 |

| | | |
|---|---|---|
| JAMES B. NUTTER & COMPANY<br><br>Appellee | Defendant - | Kevin Richard Gowen, II<br>Direct: 407-872-7300<br>[NTC Retained]<br>Rumberger Kirk & Caldwell, PA<br>Firm: 407-872-7300<br>300 S ORANGE AVE STE 1400<br>WINTER PARK, FL 32801<br><br>Suzanne Barto Hill<br>[NTC Retained]<br>Rumberger Kirk & Caldwell, PA<br>Firm: 407-872-7300<br>300 S ORANGE AVE STE 1400<br>WINTER PARK, FL 32801 |
| BRUCE HUEY, VP<br><br>Appellee | Defendant - | Kevin Richard Gowen, II<br>Direct: 407-872-7300<br>[NTC Retained]<br>(see above)<br><br>Suzanne Barto Hill<br>[NTC Retained]<br>(see above) |
| AL PITZNER, VP Compliance<br><br>Appellee | Defendant - | Kevin Richard Gowen, II<br>Direct: 407-872-7300<br>[NTC Retained]<br>(see above)<br><br>Suzanne Barto Hill<br>[NTC Retained]<br>(see above) |
| RONALD R. WOLFE & ASSOCIATES, P.L.<br><br>Appellee | Defendant - | Kevin Richard Gowen, II<br>Direct: 407-872-7300<br>[NTC Retained]<br>(see above)<br><br>Suzanne Barto Hill<br>[NTC Retained]<br>(see above) |
| ANDREA D. PIDALA, Esquire | Defendant - | Kevin Richard Gowen, II<br>Direct: 407-872-7300 |

| Appellee | [NTC Retained]<br>(see above)<br><br>Suzanne Barto Hill<br>[NTC Retained]<br>(see above) |

SHERRIE HAMPTON-MUHAMED,

Plaintiff - Appellant,

versus

JAMES B. NUTTER & COMPANY,
BRUCE HUEY,
VP,
AL PITZNER,
VP Compliance,
RONALD R. WOLFE & ASSOCIATES, P.L.,
ANDREA D. PIDALA,
Esquire, et al.,

Defendants - Appellees.

| 04/07/2015 | 34 pg, 452.03 KB | CIVIL APPEAL DOCKETED. Notice of appeal filed by Appellant Sherrie Hampton-Muhamed on 04/06/2015. Fee Status: Fee Not Paid. No hearings to be transcribed. Awaiting Appellant's CIP Due on 04/27/2015 as to Appellant Sherrie Hampton-Muhamed |
| 04/24/2015 | 6 pg, 591.7 KB | Notice of filing: File on demand - to stay lower court proceedings pending appeal as to Appellant Sherrie Hampton-Muhamed. |
| 04/29/2015 | 1 pg, 14.66 KB | This APPELLANT has been notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the required filing fee has been received or a motion to proceed on appeal in forma pauperis is filed in the District Court. |
| 05/14/2015 | | NOTICE OF CIP FILING DEFICIENCY to Kevin Richard Gowen, II for James B. Nutter & Company, Bruce Huey, Al Pitzner, Ronald R. Wolfe & Associates, P.L. and Andrea D. Pidala and Suzanne Barto Hill for James B. Nutter & Company, Bruce Huey, Al Pitzner, Ronald R. Wolfe & Associates, P.L. and Andrea D. Pidala. You are receiving this notice because you have not completed the Web-Based Stock Ticker Symbol CIP via the court's public web-page and have not filed the CIP via the electronic filing system (CM/ECF). The matter pending before the Court will not be resolved until this default |

| | | |
|---|---|---|
| | | is corrected. |
| 06/01/2015 | ☐ 📄 5 pg, 29.72 KB | Certificate of Interested Persons and Corporate Disclosure Statement filed by Suzanne Barto Hill for Appellees. On the same day the CIP is served, the party filing it must also complete the court's web-based stock ticker symbol certificate at the link here http://www.ca11.uscourts.gov/web-based-cip or on the court's website. See 11th Cir. R. 26.1-2(b). (ECF: Suzanne Hill) |
| 06/10/2015 | ☐ 📄 3 pg, 67.5 KB | ORDER: On its own motion, the court DISMISSES the appeal for lack of jurisdiction. (FMH/RSR/JP). |

◉  **Documents and Docket Summary**

○  **Documents Only**

☐  **Include Page Numbers**

**Selected Pages:** [＿＿＿]  **Selected Size:** [＿＿＿]

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/29/2015 00:19:56 | | |
| **PACER Login:** | CM9557:4019962:0 | **Client Code:** | |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 15-11485 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

Court Information    Court Home    PACER Service Center    Change Client    Billing History    Contact Us