IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

───────────────

No. 15-11502-C

───────────────

SHERRIE HAMPTON-MUHAMED,

                                                          Plaintiff-Appellant,

versus

JAMES B. NUTTER & COMPANY,
BRUCE HUEY,
VP,
AL PITZNER,
VP Compliance,
RONALD R. WOLFE & ASSOCIATES, P.L.,
ANDREA D. PIDALA,
Esquire, et al.,

                                                          Defendants-Appellees.

───────────────

Appeal from the United States District Court
for the Northern District of Georgia

───────────────

Before: TJOFLAT, HULL and JORDAN, Circuit Judges.

BY THE COURT:

    Sherrie Hampton-Muhamed's June 30, 2015 motion for reconsideration of our June 22, 2015 order dismissing this appeal as unnecessarily duplicative is DENIED.